**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY CLEMONS,<br><br>          Petitioner-Defendant,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent-Plaintiff. | No.   CV 25-4283 PA<br>        CR 23-484 PA<br><br>JUDGMENT |

Pursuant to the Court's October 24, 2025 Order denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Aubrey Clemons,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: October 24, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE